Order entered January 16, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01555-CR
No. 05-13-01556-CR
No. 05-13-01557-CR

### THOMAS COREA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-00737-Y, F13-00406-Y, F13-00407-Y**

## ORDER

The Court **REINSTATES** the appeals.

On December 18, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellate counsel Riann Moore is awaiting a response from appellant regarding whether he wishes to pursue the appeals; and (2) Ms. Moore should be given forty-five days from the January 12, 2015 findings to file either appellant's brief or a motion to dismiss the appeals.

We **ORDER** appellate counsel Riann Moore to file, by **MARCH 2, 2015** either appellant's brief or a motion to dismiss the appeals that complies with Texas Rule of Appellate Procedure 42.2(a).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Riann Moore and the Dallas County District Attorney's Office.

/s/  ADA BROWN
JUSTICE